*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

UNPUBLISHED
August 22, 2019

Plaintiff-Appellant,

v

No. 346451
Oakland Circuit Court
LC No. 2018-167560-AR

ROBERT EROLL WRIGHT,

Defendant-Appellee.

Before: SHAPIRO, P.J., and GLEICHER and SWARTZLE, JJ.

SHAPIRO, P.J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro

-1-